# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOU SENG SEE,<br><br>             Plaintiff,<br><br>   v.<br><br>RIVAS, *et al.*,<br><br>            Defendants. | Case No. 1:23-cv-01354-ADA-BAM (PC)<br><br>ORDER GRANTING MOTION TO ADD NEW DEFENDANT<br><br>(ECF No. 12) |

      Plaintiff Mou Seng See ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

      On October 30, 2023, the Court screened the complaint and granted Plaintiff leave to file a first amended complaint or a notice of voluntary dismissal within thirty days. (ECF No. 10.) On November 22, 2023, Plaintiff filed a first amended complaint and a motion to add a new defendant. (ECF Nos. 11, 12.)

      In his motion, Plaintiff states that he would like to add E-Yard Officer 2, M. Dorado, to the complaint, as M. Dorado was the officer that was a part of the failure to provide immediate medical aid on July 24, 2023, and other allegations. He is the officer that Officer R. Rivera escorted Plaintiff to for assistance. (ECF No. 12.) Plaintiff has included Officer M. Dorado as a named defendant in the first amended complaint. (ECF No. 11.)

///

1

As Plaintiff has included the proposed defendant as a party to the first amended complaint, and the allegations against Officer Dorado appear related to the allegations in the original complaint, the motion is granted and the first amended complaint is accepted as filed.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to add new defendant, (ECF No. 12), is GRANTED; and
2. Plaintiff's first amended complaint will be screened in due course.

IT IS SO ORDERED.

Dated:   **November 27, 2023**         /s/ *Barbara A. McAuliffe*      
                                        UNITED STATES MAGISTRATE JUDGE