# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOU SENG SEE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RIVAS, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:23-cv-01354-ADA-BAM (PC)<br><br>ORDER DENYING SECOND MOTION TO ADD NEW DEFENDANT AS UNNECESSARY<br>(ECF No. 14)<br><br>ORDER STRIKING LODGED SECOND AMENDED COMPLAINT AS DUPLICATIVE<br>(ECF No. 15) |

Plaintiff Mou Seng See ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On November 22, 2023, Plaintiff filed a first amended complaint and a motion to add a new defendant. (ECF Nos. 11, 12.) The Court granted the motion and permitted Plaintiff to add E-Yard Officer 2, M. Dorado, to the complaint. (ECF No. 13.)

On November 29, 2023, Plaintiff filed a second motion to add a new defendant, together with a lodged second amended complaint. (ECF Nos. 14, 15.) After review of the filings, it appears they are identical to the first amended complaint and the motion filed on November 22. As the Court has already granted Plaintiff's previous motion and accepted the first amended complaint for filing, Plaintiff's second motion is denied as unnecessary and the lodged second amended complaint is stricken as duplicative. Plaintiff's first amended complaint, which includes

1

his claims against Defendant M. Dorado, will be screened in due course. Plaintiff should not file another amended complaint in this action unless specifically directed to do so by the Court.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's second motion to add new defendant, (ECF No. 14), is DENIED as unnecessary;
2. Plaintiff's lodged second amended complaint, (ECF No. 15), is STRICKEN as duplicative of the first amended complaint; and
3. Plaintiff's first amended complaint, filed November 22, 2023, will be screened in due course.

IT IS SO ORDERED.

Dated:   **November 30, 2023**          /s/ Barbara A. McAuliffe          
                                        UNITED STATES MAGISTRATE JUDGE