# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOU SENG SEE, | Case No. 1:23-cv-01354-KES-BAM (PC) |
| Plaintiff, | ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR SUBPOENAS DUCES TECUM |
| v. | |
| RIVAS, *et al.*, | (ECF No. 37) |
| Defendants. | |

Plaintiff Mou Seng See ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendants Rivas, Roman, Rivera, and Dorado for deliberate indifference to the need for medical care in violation of the Eighth Amendment.

Currently before the Court is Plaintiff's motion requesting subpoenas duces tecum, filed June 13, 2024. (ECF No. 37.) Defendants have not had an opportunity to file a response, but the Court finds a response unnecessary. The motion is deemed submitted. Local Rule 230(l).

In his motion, Plaintiff states that he is requesting body worn camera and surveillance footage from CDCR of the named Defendants for the date of the incident at issue in this action. (ECF No. 37.) Plaintiff filed a 6A-22 Inmate Request for Interview to CSTAF ISU to preserve the body worn camera and surveillance footage multiple times. Plaintiff filed a request to inspect public records on October 2, 2023 and was told CDCR will be providing the responsive video.

1  Plaintiff was never shown anything.  Plaintiff filed appeals and was told he would see the footage
2  in the next 90 to 120 days.  Plaintiff has not seen any video footage.  Plaintiff is also requesting to
3  inspect the Defendants' personal records, history of misconduct, and appeals filed against
4  Defendants involving their neglect and wrongdoing involving inmates.  Plaintiff states that he
5  cannot get these records or information on his own.  All the information Plaintiff is requesting has
6  to do with his case.  (*Id.*)

7  Based on this filing, Plaintiff is requesting the issuance of third-party subpoenas
8  requesting the specified video footage and documents for use in his case.

9  Subject to certain requirements, Plaintiff is entitled to the issuance of a subpoena
10 commanding the production of documents from a non-party, Fed. R. Civ. P. 45, and to service of
11 the subpoena by the United States Marshal, 28 U.S.C. § 1915(d).  However, the Court will
12 consider granting such a request only if the documents sought from the non-party are not equally
13 available to Plaintiff and are not obtainable from Defendant through a request for the production
14 of documents.  Fed. R. Civ. P. 34.  A request for the issuance of a records subpoena requires
15 Plaintiff to: (1) identify with specificity the documents sought and from whom, and (2) make a
16 showing that the records are only obtainable through that third party.

17 Plaintiff's instant request does not meet these requirements.  Although Plaintiff has
18 identified the types of documents and video footage he seeks, Plaintiff has not identified which
19 third party the subpoenas should be directed to, and Plaintiff has not established that these records
20 are only obtainable through the specified third party.  Based on his motion, it does not appear that
21 Plaintiff has made any effort to submit a discovery request directly to any of Defendants or their
22 attorney regarding the documents and video footage at issue.

23 Accordingly, Plaintiff's request for subpoenas shall be denied without prejudice.  Plaintiff
24 may renew his request for third-party subpoenas by filing a motion that: (1) sets forth the specific
25 documents requested and from whom; (2) demonstrates that the documents are only obtainable
26 through the third party; and (3) establish the relevance of the requested documents to any claim or
27 defense.
28 ///

Based on the foregoing, Plaintiff's motion for subpoenas duces tecum, (ECF No. 37), is HEREBY DENIED, without prejudice.

IT IS SO ORDERED.

Dated:  **June 17, 2024**         /s/ Barbara A. McAuliffe          _
                                  UNITED STATES MAGISTRATE JUDGE