# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOU SENG SEE,<br><br>                Plaintiff,<br><br>    v.<br><br>RIVAS, *et al.*,<br><br>                Defendants. | Case No. 1:23-cv-01354-KES-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR DISCOVERY WITHOUT PREJUDICE<br><br>(ECF No. 39) |

Plaintiff Mou Seng See ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendants Rivas, Roman, Rivera, and Dorado for deliberate indifference to the need for medical care in violation of the Eighth Amendment.

On July 24, 2024, Plaintiff filed a motion for discovery, requesting that the Court issue *subpoenas duces tecum* for body worn camera footage and other records pertaining to materials initially requested through discovery. (ECF No. 39.) On August 13, 2024, counsel for Defendants filed a response indicating that the parties met and conferred telephonically on August 5, 2024 to discuss the requested materials. (ECF No. 40.) Communication remains ongoing and the parties agreed that Defendants will serve responses by August 16. (*Id.*)

As it appears the instant discovery dispute has been fully resolved pending further responses or communications between the parties, Plaintiff's motion for discovery will be denied,

without prejudice.  Plaintiff is reminded that, if necessary, he may renew his request for third-party subpoenas by filing a motion that: (1) sets forth the specific documents requested and from whom; (2) demonstrates that the documents are only obtainable through the third party; and (3) establish the relevance of the requested documents to any claim or defense.

     Based on the foregoing, Plaintiff's motion for discovery, (ECF No. 39), is HEREBY DENIED, without prejudice.

IT IS SO ORDERED.

Dated:   **August 14, 2024**              /s/ *Barbara A. McAuliffe*          _
                                                                       UNITED STATES MAGISTRATE JUDGE