# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOU SENG SEE,<br><br>    Plaintiff,<br><br>    v.<br><br>RIVAS, *et al.*,<br><br>    Defendants. | Case No. 1:23-cv-01354-KES-BAM (PC)<br><br>ORDER REINSTATING BRIEFING ON PLAINTIFF'S MOTION TO COMPEL<br><br>(ECF No. 42)<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

Plaintiff Mou Seng See ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendants Rivas, Roman, Rivera, and Dorado ("Defendants") for deliberate indifference to the need for medical care in violation of the Eighth Amendment.

On September 9, 2024, Plaintiff filed an "Opposition to Defendants Responses for Production of Documents in Part No. 2 Request for Production," which the Court construed as a motion to compel. (ECF No. 42.) On September 11, 2024, the Court issued an order directing the parties to meet and confer regarding the discovery dispute, and to file a joint statement following the parties' conference. The Court stayed further briefing on Plaintiff's motion to compel. (ECF No. 43.)

The parties' Joint Statement, filed on October 15, 2024, states that despite both parties voicing their respective concerns, the parties were ultimately unable to resolve the discovery

dispute. (ECF No. 45.) As such, Request for Production No. 2 is the only request at issue before this Court. (*Id.*) The joint statement is signed by Plaintiff and counsel for Defendants. (*Id.*)

Having considered the representations of the parties, the Court finds it appropriate to reinstate briefing on Plaintiff's motion to compel regarding Request for Production No. 2 only. Any discovery issues already resolved during the meet and confer process need not be briefed.

Accordingly, IT IS HEREBY ORDERED that:

1. Within **twenty-one (21) days** from the date of service of this order, Defendants shall file an opposition or statement of non-opposition to Plaintiff's motion to compel discovery, (ECF No. 42); and
2. Plaintiff shall file his reply, if any, within **fourteen (14) days** from the date of filing of Defendants' response or opposition to the motion to compel.

IT IS SO ORDERED.

Dated:   **October 15, 2024**                    /s/ *Barbara A. McAuliffe*
                                                  UNITED STATES MAGISTRATE JUDGE