# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOU SENG SEE, | Case No. 1:23-cv-01354-KES-BAM (PC) |
| Plaintiff, | ORDER DIRECTING DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION FOR EXTENSION OF DISCOVERY |
| v. | |
| RIVAS, *et al.*, | (ECF No. 57) |
| Defendants. | **FOURTEEN (14) DAY DEADLINE** |

Plaintiff Mou Seng See ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendants Rivas, Roman, Rivera, and Dorado for deliberate indifference to the need for medical care in violation of the Eighth Amendment.

Throughout the course of discovery in this action, Plaintiff has requested the assistance of the Court in obtaining copies of certain video footage of the incident at issue in this action. Plaintiff has requested the issuance of subpoenas, filed motions to compel, requested appointment of expert witnesses, and filed motions requesting extensions of the discovery deadline in this action. (*See* ECF Nos. 37, 39, 42, 52.) Following Plaintiff's January 6, 2025 deposition, Defendants informed the Court that defense counsel and Plaintiff together reviewed footage from four body worn cameras and one fixed camera in the E-Yard kitchen. (ECF No. 50.) Based on this representation, the Court denied Plaintiff's motion to compel as moot and further denied

1 | Plaintiff's request for an extension of the discovery deadline to view additional unspecified video
2 | footage. (ECF Nos. 51, 53.)

3 | Following denial of Plaintiff's motion to compel, Plaintiff filed an interlocutory appeal on
4 | January 24, 2025. (ECF No. 54.) The notice of appeal was processed to the Ninth Circuit Court
5 | of Appeals and assigned Case No. 25-534. (ECF No. 56.) On January 30, 2025, while the appeal
6 | was pending, Plaintiff filed another motion for extension of time to file discovery. (ECF No. 57.)
7 | On February 28, 2025, Plaintiff's interlocutory appeal was dismissed by the Ninth Circuit for lack
8 | of jurisdiction. (ECF No. 58.)

9 | Currently before the Court is Plaintiff's January 30, 2025 motion for extension of time to
10 | file discovery. (ECF No. 57.) In his motion, Plaintiff again requests an extension of the
11 | discovery deadline because there is still more video footage that needs to be disclosed. Plaintiff
12 | alleges that after watching the video footage with defense counsel, Plaintiff asked counsel about
13 | the rest of the video footage of the same incident. Plaintiff alleges that he was told by defense
14 | counsel that there is other video footage that was not disclosed to Plaintiff on January 6, 2025,
15 | and that after defense counsel was done sorting through the other footage, Plaintiff would be able
16 | to view them. Plaintiff states this other footage includes other angles of the same incident.
17 | Plaintiff further requests an extension of discovery due to his request for appointment of expert
18 | witnesses, previously raised in his January 13, 2025 motion. (*Id.*)

19 | In light of Plaintiff's allegation that he was informed by defense counsel that more video
20 | footage of the incident exists, which was not previously disclosed to Plaintiff or shown to him on
21 | January 6, 2025, the Court finds it appropriate for Defendants to file a brief response to Plaintiff's
22 | motion. Specifically, Defendants should address the alleged statements by defense counsel and
23 | clarify whether any additional video footage of the incident exists, and if so, the status of any
24 | disclosure of such footage to Plaintiff. If any disclosures remain pending, Defendants should
25 | address whether further extension of the discovery deadline (or any other deadline) is necessary.
26 | The current deadline for completion of all discovery was January 29, 2025, and the current
27 | deadline for the filing of dispositive motions (other than a motion for summary judgment for
28 | failure to exhaust) is April 7, 2025. (ECF No. 35.) Defendants need not respond to Plaintiff's

request for appointment of expert witnesses, which was addressed by the Court's January 16, 2025 order.  (ECF No. 53.)

Accordingly, within **fourteen (14) days** from the date of service of this order, Defendants are HEREBY DIRECTED to file a brief response to Plaintiff's motion for extension of discovery, (ECF No. 57), as discussed above.

IT IS SO ORDERED.

Dated:   **March 3, 2025**         /s/ Barbara A. McAuliffe          
                                   UNITED STATES MAGISTRATE JUDGE