# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOU SENG SEE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RIVAS, *et al.*,<br><br>　　　　　　Defendants. | Case No. 1:23-cv-01354-KES-BAM (PC)<br><br>ORDER DENYING REQUEST TO SET PRETRIAL CONFERENCE OR TRIAL AS PREMATURE<br><br>(ECF No. 72) |

　　　　Plaintiff Mou Seng See ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendants Rivas, Roman, Rivera, and Dorado ("Defendants") for deliberate indifference to the need for medical care in violation of the Eighth Amendment.

　　　　On June 6, 2025, Defendants filed a motion for summary judgment on the grounds that: (1) there is no genuine issue as to any material fact and Defendants are entitled to judgment as a matter of law; and (2) Defendants are entitled to qualified immunity. (ECF No. 67.) With the filing of Plaintiff's opposition on June 30, 2025, and Defendants' reply on July 14, 2025, the motion is fully briefed and pending before the Court. (ECF Nos. 69, 70.)

　　　　Currently before the Court is Plaintiff's "Request to Set Pretrial Conference or Trial," filed July 21, 2025. (ECF No. 72.) Plaintiff requests that the Court move forward with the civil action and set pretrial conference dates, trial readiness, motion in limine, and trial confirmation.

Plaintiff states that discovery was completed on January 29, 2025 and all disposition was also completed on or before June 6, 2025, to Plaintiff's knowledge. (*Id.*)

Defendants have not had an opportunity to respond to the motion, but the Court finds a response unnecessary. The motion is deemed submitted. Local Rule 230(l).

Plaintiff is informed that Defendants' June 6, 2025 motion for summary judgment remains pending before the Court, and therefore it is premature to set trial dates in this action. Defendants' motion for summary judgment will be addressed in due course.

Accordingly, Plaintiff's request to set pretrial conference or trial, (ECF No. 72), is HEREBY DENIED as premature.

IT IS SO ORDERED.

Dated: **July 22, 2025**          /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE

2