# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOU SENG SEE,<br>Plaintiff,<br>v.<br>RIVAS, *et al.*,<br>Defendants. | Case No. 1:23-cv-01354-KES-BAM (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION REQUESTING EXTENSION TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 82)<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff Mou Seng See ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendants A. Rivas, P. Roman, R. Rivera, and M. Perez-Dorado for deliberate indifference to the need for medical care in violation of the Eighth Amendment.

On March 31, 2026, the Court issued findings and recommendations that recommended Defendants' motion for summary judgment be granted. (ECF No. 75.) Those findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.*)

On April 13, 2026, Plaintiff filed a request for an extension of time to file objections to the findings and recommendations. (ECF No. 76.) The request did not include Plaintiff's signature. The Court therefore struck the unsigned filing on April 20, 2026, but granted Plaintiff a fourteen

(14) day extension of time to file his objections to the findings and recommendations. (ECF No. 77.)

On April 27, 2026, Plaintiff filed a signed motion requesting a second extension to file objections to the findings and recommendations, filed. (ECF No. 78.) On April 29, 2026, the Court granted Plaintiff's motion and directed him to file any objections to the findings and recommendations within thirty (30) days. (ECF No. 79.)

On June 1, 2026, Plaintiff filed a motion requesting a third extension to file objections to the findings and recommendations. (ECF No. 80.) Plaintiff requested an additional 30 to 60 days because he was placed in the Restricted Housing Unit and prison officers had confiscated all of his property. On June 3, 2026, the Court granted Plaintiff's motion and directed him to file any objections to the findings and recommendations within thirty (30) days. (ECF No. 81.) The Court informed Plaintiff that no further extensions of time would be granted absent a demonstrated showing of good cause. (*Id.*)

Currently before the Court is Plaintiff's motion requesting a fourth extension of time to file objections to the findings and recommendations, filed July 8, 2026. (ECF No. 82.) Plaintiff requests an additional 30 to 60 days because he is being transferred to a different facility and will be able to receive all of his legal paperwork with his property. Plaintiff also will be able to file a notice of change of address and file his objections to the findings and recommendations. Plaintiff explains that California Men's Colony (CMC) had confiscated all of his property, was refusing to provide him with his legal documents even after he filed multiple grievances, was refusing to give him envelopes to mail out documents, and officers had entered his cell and took his pen. (*Id.*) On July 9, 2026, Plaintiff filed a notice of change of address from CMC to the California Substance Abuse Treatment Facility. (ECF No. 83.)

Defendants have not yet had an opportunity to file a response to Plaintiff's motion, but the Court finds a response unnecessary. The motion is deemed submitted. Local Rule 230(l).

Having considered the request, the Court finds good cause to grant Plaintiff's motion for an extension of time to file his objections to the findings and recommendations. As the Court has extended the deadline for Plaintiff to file his objections on multiple occasions, and because

Plaintiff already has had more than three months (and more than 90 days) to file objections, the Court finds an extension of only an additional thirty (30) days appropriate. The Court also finds that Defendants will not be prejudiced by the extension of time granted here. Plaintiff is advised, however, that no further extensions of time will be granted absent a demonstrated showing of good cause, which will be narrowly construed.

Accordingly, it is HEREBY ORDERED as follows:

1. Plaintiff's motion requesting an extension of time to file objections to the findings and recommendations, (ECF No. 82), is GRANTED;
2. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file his objections to the March 31, 2026 findings and recommendations. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." **Objections, if any, shall not exceed fifteen (15) pages or include exhibits. Exhibits may be referenced by document and page number if already in the record before the Court. Any pages filed in excess of the 15-page limit may not be considered**.
3. No further extensions of time will be granted absent a demonstrated showing of good cause, which will be narrowly construed.

IT IS SO ORDERED.

Dated: **July 13, 2026**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE