# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MOU SENG SEE,

Plaintiff,

v.

RIVAS, *et al.*,

Defendants.

Case No. 1:23-cv-01354-KES-BAM (PC)

ORDER DENYING PLAINTIFF'S MOTION FOR COPIES

(ECF No. 85)

Plaintiff Mou Seng See ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendants A. Rivas, P. Roman, R. Rivera, and M. Perez-Dorado for deliberate indifference to the need for medical care in violation of the Eighth Amendment.

On March 31, 2026, the Court issued findings and recommendations that recommended Defendants' motion for summary judgment be granted. (ECF No. 75.) Those findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.*) Subsequently, Plaintiff has been granted four extensions of time to file his objections to the findings and recommendations. (*See* ECF Nos. 77, 79, 81, 84.)

On July 30, 2026, Plaintiff filed a request for a copy of the civil docket in this case, along with a request for copies of the opposition and reply to Defendants' motion for summary

judgment so that he can prepare an objection to the findings and recommendations. (ECF No. 85.)

Plaintiff is reminded that the Clerk of the Court does not ordinarily provide free copies of case documents to parties, even those proceeding *in forma pauperis*. *See Hullom v. Kent*, 262 F.2d 862, 863 (6th Cir. 1959.) Plaintiff is responsible for maintaining his own records for this proceeding. Plaintiff previously requested a copy of his opposition (and his reply) to Defendants' motion for summary judgment and was informed by the Clerk of the Court that the Clerk's Office charges $0.50 per page for copies of documents. (S*ee* ECF No. 78.) Copies of up to twenty pages may be made by the Clerk's Office at this Court upon written request, prepayment of the copy fees, and submission of a large, self-addressed stamped envelope.

Accordingly, Plaintiff's motion for copies, (ECF No. 85), is HEREBY DENIED.

IT IS SO ORDERED.

Dated: **August 4, 2026**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE